UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRAVIS WALKER, etc.,
    Plaintiff,

vs.          CASE NO. 8:08-CIV-424-T-17-MSS

WEBER DESIGN GROUP, INC.,
    Defendant.
_____/

## ORDER APPROVING SETTLEMENT

This cause is before the Court on the joint motion for approval of settlement agreement as stipulated final judgment (Docket No. 13). The Court has reviewed the settlement agreement, exhibit A to the motion, and approves the settlement. Accordingly, it is

**ORDERED** that the joint motion for approval of settlement agreement as stipulated final judgment (Docket No. 13) be **approved and entered as the final stipulated judgment in this case.** The Clerk of Court is directed to close this case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 2nd day of June, 2008.

                        ELIZABETH A. KOVACHEVICH
                        United States District Judge

Copies to: All parties and counsel of record